NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CHINA FIRST PENCIL CO., LTD.,
SHANGHAI THREE STAR STATIONERY INDUSTRY
CO., LTD.,
AND SHANGHAI FOREIGN TRADE CORP.,**
*Plaintiffs-Appellees,*

**and**

**SHANDONG RONGXIN IMPORT & EXPORT CO.,
LTD.,**
*Plaintiff,*

**v.**

**UNITED STATES,**
*Defendant,*

**and**

**SANFORD, L.P. and
MUSGRAVE PENCIL CO., INC.,**
*Defendants-Appellants.*

.

———————————

2011-1237

———————————

Appeal from the United States Court of International Trade in No. 09-CV-0325.

———————————

**JUDGMENT**

———————————

FRANCIS J. SAILER, Grunfeld, Desiderio, Lebowitz, of Washington, DC, argued for plaintiffs-appellees. With him on the brief was ANDREW T. SCHUTZ. Of counsel was MARK E. PARDO.

GEORGE W. THOMPSON, Neville Peterson, LLP, of Washington, DC, argued for defendants-appellants. With him on the brief MEREDITH A. DEMENT.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2012      /s/ Jan Horbaly
Date              Jan Horbaly
                 Clerk